UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:26-CR-00383(1)-DAE |
| | § | |
| (1) Alfredo DeJesus | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 28, 2026, wherein the defendant DeJesus waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant DeJesus to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant DeJesus's plea of guilty to Count One of the Indictment is accepted.

Signed this 30th day of July, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE